UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN MARS (#330047)

VERSUS

J. GUNTER, WARDEN

CIVIL ACTION

NO.  07-700-C

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED the petitioner's application for habeas corpus relief is denied and this action is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September _11_, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA